UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WHAT THE PHO ENTERPRISES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SENTINEL INSURANCE COMPANY, LTD., <br><br> Defendant. | No. 2:17-cv-00138 RSM <br><br> STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS |

## I. **STIPULATION**

The parties, by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice, and without fees or costs, and that the Order below dismissing those claims may be entered.

Dated this 27th day of September, 2017

FORSBERG & UMLAUF, P.S.

By: *s/ Jillian M. Hinman*
   Matthew S. Adams WSBA #18820
   Jillian M. Hinman, WSBA #40665
   Attorneys for Defendant

Dated this 26th day of September, 2017

MDK LAW

By: *s/ Farnoosh Faryabi*
   Mark D. Kimball, WSBA #13146
   Farnoosh Faryabi, WSBA #49706
   Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS – PAGE 1
CAUSE NO. 2:17-CV-00138 RSM

1929880 / 450.0092

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

# ORDER

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

DATED this 28th day of September 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

FORSBERG & UMLAUF, P.S.

By: *s/ Jillian M. Hinman*
  Matthew S. Adams, WSBA #18820
  Jillian M. Hinman, WSBA #40665
  Attorneys for Defendant

MDK LAW

By: *s/ Farnoosh Faryabi*
  Mark D. Kimball, WSBA #13146
  Farnoosh Faryabi, WSBA #49706
  Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS – PAGE 2
CAUSE NO. 2:17-CV-00138 RSM

1929880 / 450.0092

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX